UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | No. 3:01-CR-113/ 3:01-CR-114 |
| V. ) | (JORDAN/SHIRLEY) |
| ) | |
| ) | |
| ) | |
| JAMES E. JETT ) | |

ORDER OF TEMPORARY DETENTION
PENDING HEARING

      This matter came before the undersigned for an initial appearance on a Petition for Warrant for Offender Under Supervision on March 20, 2008. Jeffrey Theodore, Assistant United States Attorney, was present representing the government, and Robert L. Vogel was present representing the defendant.

      Upon motion of the government, and pursuant to 18 U.S.C. § 4243(g), the defendant shall be detained pending a revocation hearing before the **Honorable Leon Jordan**, on **March 27, 2008,** at **1:30 p.m.**. The defendant did not contest and waived his right to a detention hearing at this time and reserved the right to move for detention hearing at a later date. The defendant understands he will remain in custody pending this hearing.

      For good cause shown, the defendant's request not to contest, and to waive the detention hearing is hereby **GRANTED.**

      It is therefore **ORDERED** that:

      (1)     Defendant be detained.;

      (2)     Defendant be committed to the custody of the Attorney

> General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(3) Defendant be afforded reasonable opportunity for private consultation with counsel; and

(4) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which the defendant is confined deliver the defendant to a United States marshal for the purpose of an appearance in connection with any court proceeding.

**IT IS SO ORDERED.**

ENTER:

    s/ H. Bruce Guyton    
United States Magistrate Judge