## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TENNESSEE
## AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Case No.  3:01-cr-113-01 |
| | ) 3:01-cr-114-01 |
| | ) Judge Jordan |
| JAMES EARL JETT | ) |

### AGREED ORDER OF REVOCATION

A Petition for Revocation of Supervised Release has been filed against the defendant, James Earl Jett, and the defendant admits that he has violated conditions of his supervised release as set forth in the Petition. An agreement has been reached between the parties recommending that Mr. Jett's supervised release should be revoked and that he should receive a sentence of fourteen (14) months incarceration with no supervised release to follow.

Mr. Jett agrees to waive his right to a hearing pursuant to Rule 32 of the Rules of Criminal Procedure, waive his right to allocute at a revocation hearing, and asks that the agreement of the defendant and the government pursuant to Rule 11 of the Federal Rules of Criminal Procedure be found to be a proper sentence.

This Court has considered that the violations admitted by the defendant include "Grade B" violations and that the revocation guideline range is 21-27 months imprisonment. There is a statutory maximum of 18 months imprisonment which the Court has considered. The Court has also considered the factors listed in 18 U.S.C. §3553(a).

Based on the foregoing, the Court finds that the recommended sentence is

sufficient, but not greater than necessary, to accomplish the purposes set forth in 18 U.S.C. §3553(a) while taking into consideration all of those factors.

IT IS HEREBY ORDERED, therefore, that the defendant's supervised release is hereby revoked. The defendant is hereby sentenced to a term of imprisonment of fourteen (14) months to be followed by no supervised release.

It is RECOMMENDED that the Bureau of Prisons designate James Earl Jett to the closest suitable Bureau of Prisons facility to Knoxville, Tennessee.

Honorable R. Leon Jordan
United States District Judge

APPROVED FOR ENTRY:

Jeffrey E. Theodore, Esq.
Assistant U.S. Attorney

Jonathan Moffatt
Attorney for Defendant

James Earl Jett                    10-3-13
Defendant

Kathryn Callaway
U.S. Probation Officer